**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

ROSALIND BOURNE-BROWNE,                              Case No.:  11-17902 VFP

                                        **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $6,718.48, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      HSBC BANK USA NA
                            PO BOX 5213
                            CAROL STREAM, IL  60197

Amount:                     $6,718.48

Trustee Claim Number:       28

Court Claim Number:         7

Reason:                      Not Cashing

                                        By:   /S/  Marie-Ann Greenberg

Dated:  December 18, 2015                      MARIE-ANN GREENBERG
                                                CHAPTER 13 STANDING TRUSTEE